**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**JOHNNY LEE WELCH, III**

    **Plaintiff,**

**vs.**          **1:09CV146-MP/AK**

**CORRECTIONAL OFFICER HAZELEAF,
LEVY COUNTY JAIL DETENTION FACILITY,**
    **Defendant(s).**
_____/

**O R D E R**

Presently before the Court is Defendant's Motion for Enlargement of Time to file an Amended Motion to Proceed *In Forma Pauperis*. Doc. 9. By Order dated June 25, 2009, Doc. 4, Plaintiff was given through July 25, 2009, to correct the deficiences and file an amended IFP *in forma pauperis* motion. Having considered said motion the Court is of the opinion that it should be **GRANTED**, Doc. 9, and Plaintiff shall have through **August 25, 2009**, correct the deficiences and to file an Amended Motion To Proceed *In Forma Pauperis.*

**DONE AND ORDERED** this **24rd** day of July, 2009.

                 *s/ A. KORNBLUM*
                 **ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE**