IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOHNNY LEE WELCH, III,

    Plaintiff,

v.                                             CASE NO. 1:09-cv-00146-MP -GRJ

HAZELEAF, LEVY COUNTY JAIL,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 26, Report and Recommendation of the Magistrate Judge, which recommends that this case be dismissed for failure to prosecute. The Magistrate filed the Report on April 22, 2011. Plaintiff has filed no objection, and the time to do so has passed. Upon consideration, the Court agrees with the Magistrate that the case should be dismissed. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Report and Recommendation of the Magistrate Judge (Doc. 10) is ADOPTED and incorporated herein, and this case is DISMISSED without prejudice.

**DONE AND ORDERED** this _23rd_ day of May, 2011

                                    *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge